# EXHIBIT 2

**Registration Number**

# VAu 1-250-526

**Effective Date of Registration:**
August 01, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Tom Brady in the Hamptons with the Boston Celtics |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |

## Author

| | |
|---|---|
| **Author:** | Justin Goldman |
| **Author Created:** | photograph |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1998 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Justin Goldman |
| | 680 West End Avenue, Apartment 4D, New York, NY, 10025, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Norwick, Schad & Goering |
| **Name:** | Kenneth P. Norwick |
| **Email:** | ken@norwickschad.com |
| **Telephone:** | (212)751-4440 |
| **Alt. Telephone:** | (917)819-2990 |
| **Address:** | 110 East 59th Street |
| | New York, NY 10022 United States |

## Certification

| | |
|---|---|
| **Name:** | William Cooper Knowlton |
| **Date:** | August 01, 2016 |