# EXHIBIT 4

Case 1:25-cv-09910-JGK    Document 1-4    Filed 11/26/25    Page 2 of 2

