# EXHIBIT 5

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK        Index No.  659360/2025

10/27/2025

Calendar No.

JUSTIN GOLDMAN                                        *Plaintiff(s) Petitioner(s)*        *I ~ AFFIDAVIT*
                                                                                                                          *OF*
                              *against*

VOX MEDIA, LLC                                      *Defendant)s) Respondent(s)*        *SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE          Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at  Wilmington, DE

On  10/28/2025                    at    12:15 P .M., at  C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

deponent served the within

☐ summons and complaint
☐ subpoena duces tecum
☐ citation              ☒ SUMMONS; COMPLAINT; EXHIBITS 1-3;

on                                                          ☒ defendant    ☐ witness      hereinafter called    therein
VOX MEDIA, LLC                                 ☐ respondent                      the recipient    lamed

**INDIVIDUAL**      by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as
1. ☐        said recipient therein.

**CORPORATION**     a   DELAWARE            corporation, by delivering thereat a true *copy of each* to    LYNANNE GARES
2. ☒        personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
            individual to be  MANAGING AGENT EMPLOYED AT REGISTERED AGENT      thereof

**SUITABLE**        by delivering thereat a true copy *of each* to                                  a person of suitable age and
**AGE PERSON**      discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.
3. ☐        by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place

**AFFIXING TO**     ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age
**DOOR, ETC.**      and discretion, thereat, having called there
4. ☐

**MAILING TO**      Deponent talked to                                at said premises who stated that recipient ☐ lived ☐ worked there.
**RESIDENCE**       Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
**USE WITH 3 OR 4** at recipient's last known residence, at                                                  and deposited
5A. ☐       said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO**      Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
**BUSINESS**        addressed to recipient at recipient's actual place of business, at
**USE WITH 3 OR 4**
5B. ☐                                         in an official depository under the exclusive care and custody of the U.S. Postal Service
            within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof,
            by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**  ☐ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'       ☐ Under 100 Lbs.
☒              ☒ Female   ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"      ☐ 100- 130 Lbs.
                          ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache      ☐ 36-50 Yrs.    ☒ 5'4"-5'8"      ☒ 131-160 Lbs.
                          ☐ Brown Skin    ☐ Gray Hair     ☐ Beard         ☒ 51-65 Yrs.    ☐ 5'9"-6'0"      ☐ 161-200 Lbs.
                          ☐ Red Skin      ☐ Red Hair      ☐ Glasses       ☐ Over 65 Yrs. [- I Over 6'      ☐ Over 200 Lbs.
☐              Other identifying features:

**WITNESS**
**FEES**        $             the authorizing traveling expenses    ☐ was paid (tendered) to the recipient  _____
☐                            and one days' witness fee:               ☐ was mailed to the witness with subpeona copy.

            I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity
**MILITARY**    whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information
**SERVICE**     and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not
☐              in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on   10/28/2025

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

License No. _____

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD., PO
BOX 1360, WILMINGTON, DE 19899