# EXHIBIT 6

NYSCEF

New York County Supreme Court

**Document List**

**Index #   659360/2025**

Created on:11/25/2025 10:58 AM



Case Caption:   **Justin Goldman v. VOX MEDIA, LLC**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT *Corrected* | Processed | 10/27/2025 | Goldman, J. (Pro Hac / Pro Se) |
| 2 | EXHIBIT(S) - A<br>Copyright registration | Processed | 10/17/2025 | Goldman, J. (Pro Hac / Pro Se) |
| 3 | EXHIBIT(S) - B<br>Settlement breach | Processed | 10/17/2025 | Goldman, J. (Pro Hac / Pro Se) |
| 4 | EXHIBIT(S) - C<br>The infringement | Processed | 10/17/2025 | Goldman, J. (Pro Hac / Pro Se) |