UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Justin Goldman,

                    Plaintiff,

      - against -

Vox Media, LLC,

                  Defendant.

25-cv-9910 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the defendant's anticipated motion to dismiss on **Wednesday, December 17, 2025**, at **3:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           December 10, 2025

                        John G. Koeltl
              United States District Judge