UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN GOLDMAN,

                          Plaintiff,

          - against -

VOX MEDIA, LLC,

                          Defendant.

---

25-cv-9910 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on the motion to dismiss (ECF No. 14) on **Thursday, June 18, 2026, at 2:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.
Dated:    New York, New York
          June 5, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge