EXHIBIT A- VOX PHOTO STILL LIVE 1/5/26

