Exhibit B — Proof Vanquish the Foe is Vox / SB Nation–owned

