UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

Plaintiff,

- against -

VOX MEDIA, LLC,

Defendant.

25-cv-9910 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to appear, by telephone, for a conference in connection with the pro se plaintiff's request for leave to file a third amended complaint on **Wednesday, August 5, 2026, at 3:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The Clerk is respectfully requested to email a copy of this Order to the pro se plaintiff at justin@pr1mesound.com.

SO ORDERED.

Dated: New York, New York
July 30, 2026

John G. Koeltl
United States District Judge