Davis Wright Tremaine LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Rachel Strom**
(212) 402-4069 tel
(212) 379-5244 fax

rachelstrom@dwt.com

July 30, 2026

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Briefing on the motion to dismiss the Second Amended Complaint is stayed pending the August 5, 2026 conference.
So ordered. 7/30/26 John G. Koeltl U.S.D.J.

**Re: *Goldman v. Vox Media, LLC*, No. 1:25-cv-09910-JGK**

Dear Judge Koeltl:

We represent Defendant Vox Media, LLC ("Vox Media") in this matter. We write to respectfully request that the Court stay Vox Media's deadline to move to dismiss the Second Amended Complaint ("SAC") and the related briefing schedule,[1] pending the August 5, 2026 conference to discuss Plaintiff's proposed Third Amended Complaint ("TAC").

On July 28, 2026, Vox Media filed a letter requesting that the Court (i) hold Vox Media's anticipated motion to dismiss the SAC in abeyance, and (ii) set a briefing schedule for Plaintiff's request for leave to file the proposed TAC. Dkt. 37. Earlier today, the Court scheduled a conference for August 5 to discuss Plaintiff's request in connection with the TAC. Dkt. 42. Counsel for Vox Media then called Chambers to follow up on Vox Media's July 28 request to hold the motion to dismiss in abeyance.

Pursuant to Chambers' instruction, Vox Media respectfully submits this letter requesting a stay of the briefing on the motion to dismiss the SAC pending the upcoming conference. A stay would promote judicial economy and conserve resources, as set forth in Vox Media's July 28 letter, and is warranted in light of the upcoming conference regarding the TAC.

We thank the Court for its attention to this matter.

Respectfully submitted,

Rachel Strom

cc: Justin Goldman (via email)

---

[1] *See* Dkt. 34 (motion to dismiss due July 31, 2026; opposition due August 14, 2026; reply due August 25, 2026).