UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUSTIN GOLDMAN,**

**Plaintiff,**

**- against -**

**VOX MEDIA, LLC,**

**Defendant.**

**25-cv-9910 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff may proceed with its third amended complaint, which must be filed by August 24, 2026. The defendant must respond by September 25, 2026.

If the defendant responds by filing a motion, the plaintiff's response must be filed by October 12, 2026, and the defendant's reply must be filed by October 23, 2025. If the defendant responds by filing an answer, the parties must submit a joint Rule 26(f) report by October 12, 2026. If the parties file a joint Rule 26(f) report, the parties are directed to include any proposals as to the bifurcation of discovery therein.

The Clerk of Court is respectfully directed to close ECF No. 41.

The Clerk of Court is further directed to mail a copy of this Order to the plaintiff and note service on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 10, 2026**

**John G. Koeltl**
**United States District Judge**