UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

Plaintiff,

- against -

VOX MEDIA, LLC,

Defendant.

25-cv-9910 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **October 20, 2026.**

The Clerk of Court is respectfully requested to mail this Order to the plaintiff at 15 West 55 Street, New York, NY 10019, and to note mailing on the docket.

SO ORDERED.

Dated: New York, New York
October 5, 2026

John G. Koeltl
United States District Judge